# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

ISSA AMADOU,

    Petitioner,

v.                              CASE NO: 8:05-CV-545-T-30MSS

ALBERTO GONZALES, Attorney General, et al.,

    Respondents.
_____/

## ORDER

THIS CAUSE comes before the Court upon Federal Defendants' Motion to Dismiss for Mootness (Dkt. #8). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Federal Defendants' Motion to Dismiss for Mootness (Dkt. #8) is GRANTED.

2. The Petition (Dkt. #1) is dismissed as moot.

3. Any pending motions are denied as moot.

4. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida on March 23, 2006.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES FURNISHED TO**:
Counsel/Parties of Record

*F:\Docs\2005\05-cv-545.dismissal 8.wpd*